UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re                                                    Case No. 15-51289
                                                         Chapter 13
Diana L. Townley                                         Judge: Phillip J. Shefferly


Debtor
_____/

## STIPULATION FOR ENTRY OF ORDER MODIFYING POST CONFIRMATION CHAPTER 13 PLAN 15-51289

Debtor, Diana L. Townley through her attorney Kathleen Krumm and the Standing Chapter 13 Trustee, David Wm. Ruskin, hereby stipulate to entry of an Order Allowing Modification of Chapter 13 Plan 15-51289 attached as Exhibit "A".

| | |
|---|---|
| /s/ David Wm Ruskin | /s/Kathleen Krumm |
| David Wm. Ruskin (P26803) | Kathleen Krumm (P 57865 ) |
| Chapter 13 Standing Trustee | Attorney for Debtors |
| 1100 Travelers Tower | 404 S. Jackson St |
| 26555 Evergreen Road | Jackson, MI 49201 |
| Southfield, MI 48076-4251 | (517) 841-1410 |
| (248) 352-7755 | kathleen.krumm@prodigy.net |

United States Bankruptcy Court
Eastern District of Michigan

In re:  
Diana L. Townley

Case NO.15-51289  
Judge: Hon. Phillip J. Shefferly  
Chapter 13

Debtor(s)  
_____/

## ORDER FOR A POST CONFIRMATION CHAPTER 13 PLAN 15-51289 MODIFICATION

Upon review of the pleadings and/or hearing arguments, the Court held:

**IT IS HEREBY ORDERED** that Debtor's Plan payments be reduced to $250.31 per month effective September 25, 2017.