United States Bankruptcy Court
Eastern District of Michigan

In re:                                      Case NO.15-51289
Diana L. Townley                    Judge: Hon. Phillip J. Shefferly
                                               Chapter 13
                          Debtor(s)
_____/

### ORDER FOR A POST CONFIRMATION CHAPTER 13 PLAN 15-51289 MODIFICATION

Upon review of the pleadings and/or hearing arguments, the Court held:

      **IT IS HEREBY ORDERED** that Debtor's Plan payments be reduced to $250.31 per month effective September 25, 2017.

**Signed on October 18, 2017**

/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge